(November 19, 1898.)

## CORNWELL v. CARTER.

[55 Pac. 1100.]

See syllabus in case of *Cornwell v. McCoy*, ante, p. 219; that opinion governs this case.

APPEAL from District Court, Nez Perces County.

J. E. Babb, for Appellant.

Same brief as in *Cornwell v. McCoy*.

S. C. Herren, for Respondent.

Same brief as in case of *Cornwell v. McCoy*.

HUSTON, J.—This case arising upon the same state of facts. as *Cornwell v. McCoy,* ante, p. 219, 55 Pac. 240, it was stipulated by counsel that the decision in that case should control in this. Judgment of district court reversed, with costs to appellant. Cause remanded to district court, with instructions to enter judgment for plaintiff as prayed in complaint.